

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2021

No. 04-20-00125-CV

**PAY AND SAVE, INC.,**
Appellant

v.

Roel **CANALES,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Sitting:       Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

On February 17, 2021, appellant filed a third motion requesting an extension of time in which to file a reply brief. The motion is unopposed.

The motion is GRANTED and appellant's reply brief is due **no later than March 1, 2021**. No further requests for an extension will be considered absent extenuating circumstances.

It is so **ORDERED** on February 25, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court